**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Gregory Devon Hall, ) | C/A No.: 4:14-cv-4330 DCN |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Linda Thomas, Warden, FCI Edgefield, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This matter is before the court pursuant to petitioner's Motion for Reconsideration of the Order Affirming the Report and Recommendation. This motion was filed on April 6, 2015. After a review of the record, it is therefore

**ORDERED**, that petitioner's Motion for Reconsideration is **DENIED.**

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

April 8, 2015
Charleston, South Carolina